UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONRAD S. TRAUT and**<br>**CELINA M. TRAUT**<br>       Plaintiffs,<br><br>v.<br><br>**QUANTUM SERVICING CORPORATION,**<br>**RESIDENTIAL CREDIT SOLUTIONS, INC.,**<br>**RUSHMORE LOAN MANAGEMENT SERVICES,**<br>**LLC, and ELIZON MASTER PARTICIPATION**<br>**TRUST**<br>       Defendants. | 1:15-cv-13401-NMG |

## CORPORATE DISCLOSURE STATEMENT OF
## RUSHMORE LOAN MANAGEMENT SERVICES, LLC

Pursuant to the Federal Rule of Civil Procedure 7.3, Defendant, Rushmore Loan Management, LLC ("Rushmore") files its corporate disclosure statement. The following entities directly own 10% or more of the Rushmore's limited liability company membership interest:

      Name:         Roosevelt Management Company LLC
      Address:     1540 Broadway, Suite 1500, New York, NY 10036

There are no publicly held corporations that directly or indirectly own 10% or more of the Rushmore's limited liability company membership interests.

           Respectfully submitted,
**RUSHMORE LOAN MANAGEMENT SERVICES, LLC**.
By their attorney,

 /s/ Jennifer J. Normand
David M. Rosen, Esq./ BBO 552866
David@DavidRosenlegal.com
Jennifer J. Normand, Esq./BBO 661540
Jennifer@DavidRosenLegal.com
ROSEN LEGAL, LLC
303 Wyman Street, Suite 300
Waltham, MA  02451
(781) 577-6572
(781) 786-7080 (Facsimile)

Dated: September 28, 2016

## CERTIFICATE OF SERVICE

I, Jennifer J. Normand, state that on the 28th day of September 2016, I electronically filed the foregoing document using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Emily E. Smith-Lee, Esquire
Rebecca C.E. Tatem, Esquire
Justin M. Fabella, Esquire
Darian M. Butcher, Esquire
Thomas J. O'Neill, Esquire
David M. Rosen, Esquire

       /s/ Jennifer J. Normand
       Jennifer J. Normand, Esquire